[Cite as *03/30/2004 Case Announcements,* 2004-Ohio-1514.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 30, 2004*

## MOTION AND PROCEDURAL RULINGS

**2004–0041.   State v. Elmore.**
Licking C.P. No. 02CR275. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Licking County. Upon consideration of appellant's motion for stay of execution pending appeal to this court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

[Cite as *03/30/2004 Case Announcements #2,* 2004-Ohio-1556.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 30, 2004*

## MISCELLANEOUS DISMISSALS